UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHAZZ RAY BROWN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:08CV1681 JCH |
| ) | |
| DAVE DORMIRE, ) | |
| ) | |
| Respondent. ) | |

## **ORDER**

This matter is before the Court upon its review of the record. In a motion filed August 11, 2009, Petitioner indicated he possessed documentation providing clear and convincing evidence that he was operating under the influence of a mental defect or mental disease both at the time of his guilty plea, and during the time period between the entry of his guilty plea and the filing of the instant petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Doc. No. 16). Upon consideration, the Court will grant Petitioner sixty (60) days within which to file such documentation with the Court.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner is granted sixty (60) days from the date of this Order within which to file documentation tending to demonstrate that he was operating under the influence of a mental defect or mental disease at the time of his guilty plea, and/or during the time period between the entry of his guilty plea and the filing of the instant petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Dated this 13th day of August, 2009.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE